IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02904-RPM

DEBRA A. HAEFELE,

      Plaintiff,

v.

UNITED STATES OF AMERICA and
DTG OPERATIONS, INC.,

      Defendants.

_____

## ORDER OF DISMISSAL
_____

      Because the complaint fails to state a claim for relief from the defendant DTG Operations, Inc., it is

      ORDERED that this civil action is dismissed as to DTG Operations, Inc.

      DATED: January 24th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge