IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02904-RPM

DEBRA A. HAEFELE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulated Motion to Dismiss [22] filed May 30, 2013, it is

      ORDERED that this action is dismissed, each party to pay their own costs and attorneys' fees.

      DATED: May 31st, 2013

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge